**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

LAWRENCE EARL WILSON,

|  |  |  |  |
|---|---|---|---|
| | Petitioner, | : | Case No. 3:19-cv-266 |
| - vs - | | | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |

RHONDA RICHARDS, Warden,
  Franklin Medical Center,

                                                        :
              Respondent.

---

## DECISION AND ORDER

---

This habeas corpus action is before the Court on Petitioner's Motion for Extension of Time

to File Notice of Appeal and Motion for Certificate of Appealability (ECF No. 16).  The order

Petitioner wishes to appeal is the Order denying release on personal recognizance and stay of the

state court judgment filed May 8, 2020 (ECF No. 15).

Petitioner appears to believe that order is subject to interlocutory appeal to the Sixth

Circuit, but he is mistaken.  Because a motion for release pending litigation is a non-dispositive

pretrial matter, it was decided in the first instance by the undersigned.  Because the parties have

not unanimously consented to plenary magistrate judge jurisdiction in this case, Petitioner's first

recourse for relief from the order must be to the assigned District Judge, Judge Thomas M. Rose.

*Ambrose v. Welch*, 729 F.2d 1084, 1085 (6th Cir. 1984)(per curiam).

Based on the difficulties getting mail to Wilson, his time to file objections to the order

denying bail is extended to and including July 6, 2020.  The Clerk will detach and file separately

1

the Motion for Certificate of Appealability which the Court will address in conjunction with the merits of the appeal to Judge Rose.

June 18, 2020.

s/ <em>Michael R. Merz</em><br>
United States Magistrate Judge